IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-PO-10-11 (CWH) |
| PHILLIP Y. HADAWAY, | RE: VIOLATION OF PROBATION |
| Defendant | |

# O R D E R

      Defendant PHILLIP Y. HADAWAY this day appeared before the undersigned for a hearing on a PETITION FOR ACTION OF PROBATION filed by U. S. Probation Officer Todd. D. Garrett. At the hearing, Mr. Hadaway admitted under oath to the violation set forth in the petition, to-wit: that his livestock on or about June 11, 2007, trespassed on property of the United States Forest Service at the Chatahoochee-Oconee National Forest, causing damage in the amount of $1,728.00.

      Upon consideration of Mr. Hadaway's plea of guilty to violating conditions of probation imposed upon him by the undersigned on January 3, 2007, and finding a factual basis for accepting his plea, IT IS ORDERED AND DIRECTED:

      (1) that Mr. Hadaway shall immediately pay the sum of **$1,728.00** to the U. S. Forest Service as RESTITUTION for the damage caused to its property by the defendant's livestock; and,

      (2) that Mr. Hadaway shall continue under the sentence of probation heretofore imposed upon him on January 2, 2007, subject to all of the conditions so imposed.

      SO ORDERED AND DIRECTED, this 20th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE